Submitted August 17—decided November 10, 1970

TOWN OF EAST HAVEN ET AL. *v.* CITY OF NEW HAVEN
ET AL.

*Roger J. Frechette,* assistant corporation counsel, in support of the motion.

*Anthony V. DeMayo,* in opposition.

Submitted October 7—decided November 10, 1970

TOWN OF EAST HAVEN ET AL. *v.* CITY OF NEW HAVEN
ET AL.

The motion by the defendants for review of the order terminating the stay in the appeal from the Superior Court in New Haven County is granted.

The motion to set aside the order terminating the stay is denied.

*Roger J. Frechette,* assistant corporation counsel, in support of the motions.

*Anthony V. DeMayo,* in opposition.

Submitted October 7—decided November 10, 1970